```
             IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

| | |
|---|---|
| CALVIN WILLIAMS, | * |
|     Petitioner, | * |
| vs. | * |
| |    CASE NO. 4:02-CR-38 (CDL) |
| UNITED STATES OF AMERICA, | * |
|     Defendant. | * |
| | * |

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 27, 2005 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 12th day of June, 2006.

                                      S/Clay D. Land
                                        CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE